IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : Case No. 2:20-cr-012(2) |
| v. | : Chief Judge Algenon L. Marbley |
| JORDAN L. MCCORVEY, | : |
| Defendant. | : |

### OPINION & ORDER

This matter is before the Court on Defendant's Motion for Compassionate Release (ECF No. 128) and Defendant's Motion for Judicial Recommendation (ECF No. 138). The former, file-stamped October 4, 2021, seeks a sentence reduction for reasons related to the COVID-19 pandemic. The latter, file-stamped December 30, 2021, seeks a recommendation to the Bureau of Prisons that Defendant be permitted to serve his final 12 Months of imprisonment outside the Federal Correctional Institution, Oxford: six months in a residential reentry center, followed by six months of home confinement.

Defendant was sentenced in this Court on April 9, 2021, to a term of imprisonment of 12 months and 1 day for conspiracy to commit bank fraud, possession of stolen mail, bank fraud, and felon in possession of a firearm. (ECF No. 102). On April 23, 2021, Defendant was sentenced in a separate case before Judge Graham for violating the conditions of his supervised release. (*See* Case No. 2:17-cr-054, ECF No. 548). Judge Graham ordered a 24-month term of imprisonment to run consecutive to the term imposed in this case. (*Id.*). Defendant since has completed the full term of imprisonment ordered in this case. He remains incarcerated on the consecutive term ordered in Judge Graham's case.

1

It would be improper for this Court to alter a sentence ordered by another Judge in a different federal case. Any relief from Defendant's current term of imprisonment must be granted, if at all, by Judge Graham. Accordingly, Defendant's Motion for Compassionate Release (ECF No. 128) and Defendant's Motion for Judicial Recommendation (ECF No. 138) are **DENIED**. Defendant may refile his Motions, if he wishes, in Case No. 2:17-cr-054.

**IT IS SO ORDERED.**

ALGENON L. MARBLEY
**CHIEF UNITED STATES DISTRICT JUDGE**

**DATED: June 9, 2022**