# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN OHIO DISTRICT
# EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                            Case No. 2:20-CR-12 (1) and (2)
                                                  JUDGE SARGUS, JR.

CODY NOEL BEASLEY,
and
JORDAN LE VERT McCORVEY,

    Defendants.

## ORDER

This matter is before the Court on the government's unopposed motion to correct judgments. (ECF No. 188.) Cody Noel Beasley was ordered to pay Restitution in the amount of $35,173.29 (ECF No. 129) and Jordan Le Vert McCorvey was ordered to pay restitution in the amount of $41,572.87 (ECF No. 102). The previously issued Judgments did not indicate if the monies owed were joint and several with all co-defendants. This motion is unopposed and hereby **GRANTED**. The defendant's Cody Noel Beasley and Jordan Le Vert McCorvey's restitution amounts are to be paid joint and severally with all co-defendants for their commonly owed victims. All other terms and conditions in their Judgments remained unchanged.

    IT IS SO ORDERED.

Dated: <u>6/14/2024</u>

                                                      Algenon L. Marbley
                                                      ALGENON L. MARBLEY
                                                      CHIEF UNITED STATES DISTRICT JUDGE

                                                      s/Edmund A. Sargus, Jr.
                                                    EDMUND A. SARGUS, JR.
                                                      UNITED STATES DISTRICT COURT